UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 10-C-505 |
| v. | ) ) ) **COMPLAINT** |
| RICHARDSON INDUSTRIES, INC., d/b/a Richco Structures, | ) (Jury Trial Demand) ) ) |
| Defendant. | ) ) ) |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Morgan Rae Brocker, who was adversely affected by such practices. As alleged with greater particularity below, defendant Richardson Industries, Inc., d/b/a Richco Structures, violated Title VII when it retaliated against Brocker by terminating her employment after it was alleged that she had been the victim of sexual harassment by a Richco supervisor at a Richco-sponsored social function.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were, and are now being, committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin.

## PARTIES

3. The plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with administering, interpreting, and enforcing Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, defendant Richardson Industries, Inc., d/b/a Richco Structures ("Richco") has continuously been a Wisconsin corporation doing business in the State of Wisconsin and the Town of Mosel, and has continuously had at least 15 employees.

5. At all relevant times, Richco has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Morgan Rae Brocker filed a charge with the EEOC alleging violations of Title VII by Richco. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Richco engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), when it terminated Morgan Rae Brocker's employment on or about January 3, 2006, in retaliation after Richco supervisors reported to Richco management that Brocker had been the victim of sexual harassment by another Richco supervisor at a Richco-sponsored social function.

8. The effect of the practices complained of in Paragraph 7 above has been to deprive Morgan Rae Brocker of equal employment opportunities, and to otherwise adversely affect her status as an employee, because of retaliation.

9. The unlawful employment practices complained of in Paragraph 7 above were intentional.

10. The unlawful employment practices complained of in Paragraph 7 above were, and are, done with malice or with reckless indifference to the federally protected rights of Morgan Rae Brocker, who was adversely affected by such practices based on their sex.

PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Richco and its officers, successors, and assigns, and all persons in active concert or participation with them, from engaging in any employment practice which retaliates against current or former employees.

B. Order Richco to institute and carry out policies, practices, and programs which provide equal employment opportunities for Morgan Rae Brocker, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Richco to make Morgan Rae Brocker whole by reinstating her employment, or alternatively, providing front-pay; providing appropriate back-pay (including the value of fringe benefits, with pre-judgment interest) in amounts to be determined at trial; and providing other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

G. Order Richco to make Morgan Rae Brocker whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 7 above, in amounts to be determined at trial.

H. Order Richco to make Morgan Rae Brocker whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in Paragraph 7 above, including (but not limited to) emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

I. Order Richco to pay Morgan Rae Brocker punitive damages for its malicious and reckless conduct described in Paragraph 7 above, in amounts to be determined at trial.

J. Grant such further relief as the Court deems necessary and proper in the public interest.

K. Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

>P. David Lopez
>General Counsel
>
>James L. Lee
>Deputy General Counsel
>
>Gwendolyn Young Reams
>Associate General Counsel
>
>EQUAL EMPLOYMENT OPPORTUNITY
>    COMMISSION
>1801 L Street, N.W.
>Washington, D.C. 20507

Dated: June 16, 2010      s/ *John C. Hendrickson*
                          John C. Hendrickson
                          Regional Attorney

Dated: June 16, 2010      s/ *Jean P. Kamp*
                          Jean P. Kamp
                          Associate Regional Attorney

>EQUAL EMPLOYMENT OPPORTUNITY
>    COMMISSION

Chicago District Office
500 West Madison Street - Suite 2800
Chicago, IL  60661
*Telephone*:  (312) 353-7719
*E-mail*:     john.hendrickson@eeoc.gov
*E-mail*:     jean.kamp@eeoc.gov

Dated:  June 16, 2010         s/Dennis R. McBride
                              Dennis R. McBride
                              Senior Trial Attorney

                              EQUAL EMPLOYMENT OPPORTUNITY
                                   COMMISSION
                              Milwaukee Area Office
                              310 West Wisconsin Avenue - Suite 800
                              Milwaukee, WI  53203-2292
                              *Telephone*:  (414) 297-4188    *Fax*:  (414) 297-3146
                              *E-mail*:     dennis.mcbride@eeoc.gov